

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00431-CV

---

IN RE DALE ROY SLAVEN                                    RELATOR

-----------

ORIGINAL PROCEEDING

-----------

**MEMORANDUM OPINION**[1]

-----------

The court has considered relator's petition for writ of mandamus. Although relator's petition presents a serious question as to whether excessive amounts are being withdrawn from his inmate account for the payment of court costs, this court does not have general mandamus jurisdiction over the Texas Department of Criminal Justice, the Tarrant County District Attorney, or the Tarrant County District Clerk. *See* Tex. Gov't Code § 22.221 (West 2004). Relator's reliance on article 5, section 6 of the Texas constitution as a basis for jurisdiction is misplaced, and relator does not assert any other argument that would permit our

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

exercise of jurisdiction over this original proceeding. Accordingly, relator's petition for writ of mandamus is dismissed without prejudice for lack of jurisdiction.

PER CURIAM

PANEL: GARDNER, MCCOY, and MEIER, JJ.

DELIVERED: November 1, 2012